**5**

**McKENZIE ENGRAVING CO., Plaintiff in Error, v. Harold B. CANAVELLO, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.  April 9, 1928.

No. 221.

In Error to the District Court of the United States for the Southern District of New York.

Spence, Hopkins & Walser, of New York City (Hamilton Hicks, of New York City, of counsel), for plaintiff in error.

Stewart Maurice, of New York City, for defendant in error.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.